1024

[Nos. 20514-2-III; 20515-1-III.   Division Three.   November 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH MICHAEL
STRATTON, *Appellant*.

Appeals from judgments of the Superior Court for Yakima
County, Nos. 00-1-00844-4 and 00-1-00513-5, Heather K.
Van Nuys, J., entered August 23, 2001. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney
and Schultheis, JJ.

[No. 20652-1-III.   Division Three.   November 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS ERIC
McGOWAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00021-8, James M. Murphy, J.,
entered November 13, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and
Schultheis, J.

[Nos. 19355-1-III; 19528-7-III.   Division Three.   November 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY A. DeGEUS,
*Appellant*.

Appeals from judgments of the Superior Court for
Kittitas County, No. 98-1-00075-8, Michael E. Cooper, J.,
entered June 2, and August 23, 2000. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis
and Kurtz, JJ.

[No. 20159-7-III.   Division Three.   November 7, 2002.]

*In the Matter of the Marriage of* SUSAN KAY NELSON,
*Respondent*, and DAVID PAUL NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas
County, No. 99-3-00052-4, Michael E. Cooper, J., entered
April 9, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J.,
and Schultheis, J.